# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRECTV, Inc., a California Corporation, | 1:04cv5522 AWI DLB |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATION<br>(Document 18) |
| v.<br>ANTHONY JONES,<br>Defendant. | ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT<br>(Document 10) |

On April 4, 2005, the Magistrate Judge issued Findings and Recommendation that Plaintiff's Motion for Default Judgment be GRANTED. This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within ten (10) days of the date of service of the order. No objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)©), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued April 4, 2005, is ADOPTED IN FULL;

1

2. DIRECTV's motion for default judgment is GRANTED in favor of DIRECTV and against Defendant Anthony Jones, in the amount of $10,000.00, pursuant to 18 U.S.C. § 2511;

3. DIRECTV be awarded attorneys' fees in the amount of $1,440.00; and

4. DIRECTV be awarded costs pursuant to Rule 54.

IT IS SO ORDERED.

**Dated:   April 20, 2005**                             **/s/ Anthony W. Ishii**
0m8i78                                                     UNITED STATES DISTRICT JUDGE